```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
EDUARDO MACIAS AND KATH-ED BAKERY    :
CORP.,                                :    22cv1373 (DLC)
                         Plaintiffs,  :
                                      :         ORDER
            -v-                       :
                                      :
UNITED STATES, UNITED STATES DEPARTMENT:
OF AGRICULTURE FOOD AND NUTRITION     :
SERVICE,                              :
                                      :
                         Defendants.  :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received an application for entry of an order to show cause, temporary restraining order, and preliminary injunction from plaintiffs on February 18, 2022, it is hereby

ORDERED that the plaintiffs shall serve the defendants **today, February 18.**

IT IS FURTHER ORDERED that the plaintiffs shall file an Affidavit of Service on ECF **today, February 18.**

IT IS FURTHER ORDERED that the parties shall appear in a conference to be held on **February 22, 2022 at 2:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

SO ORDERED:

Dated:   New York, New York
         February 18, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge