# GEORGE A ORTIZ
## Attorney at Law

1324 E Gun Hill Rd. Bronx,NY, 10469   Telephone: (929) 389-8504   Facsimile: (718) 363-4339

February 22, 2022

**BY ECF**

Hon. Denise L. Cote
United States District
Judge, United States
Courthouse 500 Pearl
Street.

                         Re:  Macias et al., v. United States,. et al. 1:22-cv-01373- DLC

Dear Judge Cote:

With US Attorney's consent, Plaintiff's attorney requests an adjournment as to this court's order on February 18, 2022, that parties appear on February 22, 2022, at courtroom 18b at 2 pm.  The USDA has agreed by the parties stipulation to a stay of the administrative action to withdraw the authorization of the Plaintiffs to participate in the SNAP program until final disposition of this action.  The parties have submitted a proposed stipulation and order staying the agency's decision during the pendency of the action, which, if so ordered by the Court, would render Plaintiff's emergency motion moot. (ECF No. 3).  In light of the above, the parties respectfully request that today's conference be adjourned *sine die*.  The parties are engaged in good faith efforts to resolve this matter and respectfully propose that they provide a further status letter updating the Court on their progress by Friday, March 4, 2022. We thank the Court for its consideration of this request.

*[Handwritten: Granted. A status letter is due 3/4/22.  /s/ Denise Cote 2/22/22]*

                                                                        Respectfully submitted,

                                                                        /s/ George A Ortiz
                                                                        George A Ortiz Esq.